**Friedrich LU, Plaintiff, Appellant,**

v.

**Willard J. BOULTER III, et al.,
Defendants, Appellees.**

No. 03–2188.

United States Court of Appeals,
First Circuit.

March 9, 2004.

Friedrich Lu on brief pro se.

Daryl J. Lapp, with whom Daniel G. Cromack and Palmer and Dodge were on brief for the appellees.

Before BOUDIN, Chief Judge, SELYA and LIPEZ, Circuit Judges.

PER CURIAM.

After a thorough review of the record and of the parties' submissions, we affirm. The district court did not abuse its discretion when it dismissed this case pursuant to Fed.R.Civ.P. 41(b). Appellant refused to comply with the Federal Rules of Civil Procedure, the Local Rules, and the orders of two district judges. Under these circumstances, the district court was well within its discretion to impose a monetary sanction on appellant, and then to dismiss the case when appellant refused to pay the sanction.

Appellant's "Informative Motion and Suggestion of Recusal," which we treat as a motion to reconsider the court's order dated November 21, 2003, is denied.

*Affirmed. See* 1st Cir. R. 27(c).